MARK J. CONNOT (SBN 010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (SBN 009437)
ksutehall@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:   702.262.6899
Facsimile:    702.597.5503

Attorneys for Defendant Hello Cake, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HELLO CAKE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-02220-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Absorption Pharmaceuticals, LLC ("Plaintiff") and Defendant Hello Cake, Inc. ("Defendant," together with Plaintiff, the "Parties"), respectfully request that the Court enter this Stipulation to Extend Deadline to File Response to Plaintiff's Complaint (the "Complaint"). This is the Parties' first request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff filed its Complaint and Jury Trial Demand (the "Complaint") on November 27, 2024, in the above-entitled court.

2. Defendant was served with a copy of the Summons and Complaint on December 6, 2024.

3. Given the intervening holidays and the impact on schedules, the Parties agreed to extend the deadline for Defendant to respond to the Complaint, up to and including January 10, 2025.

1

166812872

4. The Parties submitted a Stipulation to Extend Deadline to Respond to Plaintiff's Complaint on January 6, 2025 and the Court entered its Order granting the Stipulation on January 6, 2025.

5. Defendant is based in Los Angeles, California. Due to unforeseen circumstances, presumably due to the fires in Los Angeles and collateral issues arising therefrom, undersigned has been unable to communicate with its client to discuss the response as well as to prepare declarations to support Defendant's objection to jurisdiction in this Court. Accordingly, Defendant is unable to finalize its submission to be filed today, January 10, 2025. Defendant requests a four-day extension, until January 14, 2025, and Plaintiff does not object to the requested extension.

6. This is the second request for an extension of the deadline to respond to the complaint is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendant to respond to Plaintiff's Complaint is January 14, 2025.

DATED this 10th day of January, 2025

FOX ROTHSCHILD LLP

/s/ Mark J. Connot
MARK J. CONNOT (SBN 010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (SBN 009437)
ksutehall@foxrothschild.com
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135

Attorneys for Defendant Hello Cake, Inc.

DATED this 10th day of January, 2025

SPENCER FANE LLP

/s/ Tyler B. Thomas
VINCENT J. AIELLO III (SBN 7970)
vaiello@spencerfane.com
TYLER B. THOMAS (SBN 16637)
tbthomas@spencerfane.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

Attorneys for Plaintiff Absorption Pharmaceuticals, LLC

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED:** January 10, 2025

166812872