VINCENT J. AIELLO III, ESQ.
Nevada Bar No. 7970
TYLER B. THOMAS, ESQ.
Nevada Bar No. 16637
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email: vaiello@spencerfane.com
       tbthomas@spencerfane.com

*Attorneys for Plaintiff*
*Absorption Pharmaceuticals, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br><br>HELLO CAKE, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No.: 2:24-cv-02220-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff ABSORPTION PHARMACEUTICALS, LLC ("Plaintiff") and Defendant HELLO CAKE, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

      1.    The above-captioned action is hereby dismissed with prejudice;

      2.    Each party to bear its own fees and costs; and

      3.    Plaintiff and Defendant respectfully request the Court direct the clerk to close this case and remove it from the Court's docket.

/ / /

IT IS SO STIPULATED.

Dated this 8th day of April 2025.

**SPENCER FANE LLP**

*/s/ Vincent J. Aiello*
VINCENT J. AIELLO, ESQ (NBN 7476)
TYLER B. THOMAS, ESQ. (NBN 16637)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Absorption Pharmaceuticals, LLC*

Dated this 8th day of April 2025.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Cannot*
MARK J. CONNOT, ESQ. (NBN 10010)
KEVIN M. SUTEHALL, ESQ. (NBN 9437)
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89074

*Attorneys for Defendant Hello Cake, Inc.*

Dated this 8th day of April 2025.

**FOLEY & LARDNER LLP**

*/s/ Matthew D. Witsman*
JAMI A. GEKAS, ESQ. (PHV Forthcoming)
MATTHEW D. WITSMAN, ESQ. (PHV Forthcoming)
321 N. Clark, Suite 3000
Chicago, IL 60654

*Attorneys for Defendant Hello Cake, Inc.*

## ORDER

IT IS SO ORDERED.

April 11, 2025

Respectfully Submitted By:
**SPENCER FANE LLP**

*/s/ Vincent J. Aiello*
VINCENT J. AIELLO, ESQ (NBN 7476)
TYLER B. THOMAS, ESQ. (NBN 16637)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Absorption Pharmaceuticals, LLC*